IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| MANOA BOYS CLUB, LLC, a Hawai'i limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>YOGURTKING LLC, a Texas Limited Liability Company; WON S. PAK; ROGER TANABE; and DOE DEFENDANTS 1-20,<br><br>Defendants. | CIVIL NO. 13-00048 DKW/BMK<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO REFER PENDING CASE TO THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF HAWAII** |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO REFER PENDING CASE TO THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF HAWAII**

Manoa Boys Club, LLC moves for an order referring the present action to the U.S. Bankruptcy Court for the District of Hawaii, where Defendant Tanabe initiated Chapter 7 bankruptcy proceedings while this action was pending. Defendants do not object.

In general, district courts have original and exclusive jurisdiction over all bankruptcy matters, 28 U.S.C. § 1334, and may refer such matters to a bankruptcy court. 28 U.S.C. § 157(a). LR 1070.1(b) provides that "[a]ny civil

proceeding arising in or related to a case under Title 11 that is pending in the district court on the date the Title 11 case is filed shall be referred to a bankruptcy judge [by order of the district court]."

Manoa has shown that its claims are related to Defendant Tanabe's bankruptcy proceedings, and Defendants do not suggest otherwise. Accordingly, consistent with LR 1070.1(b), the Court GRANTS Manoa's motion and orders this case referred to the bankruptcy court. Manoa has filed a jury demand, and trial is currently set for February 9, 2015 in this court. The bankruptcy court shall retain jurisdiction until 60 days prior to the trial date, at which time the reference should be deemed withdrawn.

IT IS SO ORDERED.

DATED: HONOLULU, HAWAI‘I, April 4, 2014.



Derrick K. Watson
United States District Judge

---

Manoa Boys Club, LLC v. YogurtKing LLC, et al.; CV 13-00048 DKW/BMK; ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO REFER PENDING CASE TO THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF HAWAII